# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

|  |  |
|---:|:---|
| **Debtor:** | MARILYN S. COBB |
| **Case Number:** | 18-01428-LT13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JANUARY 07, 2020 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | RUSSELL PALUSO |
| **Reporter / ECR:** | JENNIFER GIBSON |

### *Matter:*

MOTION FOR RELIEF FROM STAY, RS # AT-1 FILED ON BEHALF OF U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE BUNGALOW SERIES III TRUST

### *Appearances:*

REBECCA PENNINGTON, ATTORNEY FOR DAVID L. SKELTON, CHAPTER 13 TRUSTEE
CHRISTOPHER R. BUSH, ATTORNEY FOR MARILYN S. COBB
RUSSEL LITTLE, ATTORNEY FOR U.S. BANK TRUST NATIONAL ASSOCIATION

### *Disposition:*

Denied as set forth on the record. Order to be submitted by Mr. Bush.