**CSD 1159A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Christopher R. Bush 243471
Law Office of Chris Bush
2727 Camino del Rio South, Suite 135
San Diego, CA 92108
(619)678-1134
chris@chrisbushlaw.com

Order Entered on
January 22, 2020
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re   Marilyn S. Cobb<br><br>Debtor. | BANKRUPTCY NO.   18-01428-LT13 |
| US Bank Trust National Association as Trustee of the Bungalow Series III Trust<br><br>Movant(s) | RS NO.  AT-1 |
| v.  Marilyn S. Cobb<br><br>Respondent(s) | Date of Hearing: January 7, 2020<br>Time of Hearing: 10:00 AM<br>Name of Judge:  Laura S. Taylor |

## ORDER ON
### MOTION FOR RELIEF FROM STAY

The court orders as set forth on the continuation pages attached and numbered 2  through 2  with exhibits, if any,

for a total of 2 pages.  Motion/Application Docket Entry No. 65 .

//

//

//

//

//

DATED:    January 22, 2020

Judge, United States Bankruptcy Court

CSD 1159A [07/01/18]                                                                                          Page **2** of **2**

ORDER ON MOTION FOR RELIEF FROM STAY
DEBTOR:Marilyn S. Cobb

CASE NO.:18-01428-LT13
RS NO.:AT-1

---

The Motion of US Bank Trust National Association as Trustee of the Bungalow Series III Trust ("Movant") for relief from the automatic stay having been set for hearing and heard on January 7, 2020 at 10:00 AM, and based upon the record and for reasons stated in the hearing, IT IS HEREBY ORDERED that Movant's motion is DENIED.

CSD 1159A